Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Lamar Meyers     **Case Number:** 2:16CR00939-1

**Name of Sentencing Judicial Officer:** The Honorable Patrick Michael Duffy, Senior United States District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** December 19, 2017
**Date of Revocation:** January 30, 2023

**Original Offense:** Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 71 months followed by 36 months supervised release. The following special conditions were ordered: 1. The defendant shall be screened for participation in the REAL program and, if deemed eligible, he shall successfully, complete the program. 2. The defendant shall satisfactorily participate in and complete a Cognitive Behavioral Treatment Program as approved by the U.S. Probation Office. 3. The defendant shall submit to substance abuse testing as approved by the U S Probation Officer until such time as he is released from the program by the probation officer. 4. The defendant shall contribute to the costs of any treatment, drug testing and /or location monitoring not to exceed an amount determined reasonable by the U. S. Probation Office's sliding scale for services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Revocation Sentence:** The defendant was committed to custody Bureau of Prisons for 12 months followed by 24 months supervised release. The following special conditions were ordered: 1. The defendant must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office. 2. The defendant must participate in an [inpatient/outpatient] substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). 3. The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. 4. The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** August 8, 2023

**Previous Court Action/Notification(s):** On January 30, 2023, the defendant appeared before Your Honor for a revocation hearing. The defendant admitted guilt to following violations: Failure to Notify Probation after being questions by Law Enforcement, New Criminal Conduct, and Failure to Refrain from Illegal Drug Use.

Prob 12A                                                                                                                                 Page 2
(Rev. 01/2020 - D/SC)

On February 14, 2024, the Court was notified that the defendant was arrested for Public Disorderly Conduct and Open Container. No action was taken, and the defendant was referred for Cognitive Behavioral Therapy.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **New Criminal Conduct:** On February 14, 2024, the Court was notified that the defendant was arrested for Public Disorderly Conduct and Open Container by Charleston Police Department. According to the Charleston Municipal Court, the defendant was found guilty of Public Disorderly Conduct and Open Container on March 20, 2024. The defendant received credit for time served and ordered to pay a $50 fine for both counts. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. The defendant has been referred to the probation office's Cognitive Behavioral Therapy program and is awaiting placement. We will continue to monitor this case and notify the Court of all violations.

Respectfully Submitted,

By: _____
Matthew B. Johnson
U.S. Probation Officer
Charleston Office

Date: April 10, 2024

Reviewed and Approved By:

_____
Katrina Robinson-Curtis
Supervising U.S. Probation Officer

☐ Agree with Probation Officer's recommendation

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other   Schedule a status conference

_____
Bruce Howe Hendricks
United States District Judge

_____
June 28, 2024
Date