Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

___

### Report on Offender Under Supervision

**Name of Offender:** Lamar Meyers                    **Case Number:** 2:16CR00939-1

**Name of Sentencing Judicial Officer:** The Honorable Patrick Michael Duffy, Senior United States District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** December 19, 2017
**Date of Revocation:** January 30, 2023

**Original Offense:** Count One: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 71 months followed by 36 months supervised release. The following special conditions were ordered: 1. The defendant shall be screened for participation in the REAL program and, if deemed eligible, he shall successfully complete the program. 2. The defendant shall satisfactorily participate in and complete a Cognitive Behavioral Treatment Program as approved by the U.S. Probation Office. 3. The defendant shall submit to substance abuse testing as approved by the U S Probation Officer until such time as he is released from the program by the probation officer. 4. The defendant shall contribute to the costs of any treatment, drug testing and /or location monitoring not to exceed an amount determined reasonable by the U. S. Probation Office's sliding scale for services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Revocation Sentence:** The defendant was committed to custody Bureau of Prisons for 12 months followed by 24 months supervised release. The following special conditions were ordered: 1. The defendant must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office. 2. The defendant must participate in an [inpatient/outpatient] substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). 3. The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. 4. The defendant shall contribute to the costs of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release                    **Date Supervision Commenced:** August 8, 2023

**Previous Court Action/Notification(s):**   On January 30, 2023, the defendant appeared before Your Honor for a revocation hearing for failure to notify his probation officer of law enforcement contact, new criminal

conduct, and failure to refrain from illegal drug use. He was sentenced to 12 months imprisonment followed by 24 months supervised release.

On February 14, 2024, the Court was notified that the defendant was arrested for Public Disorderly Conduct and Open Container. No action was taken, and the defendant was referred for Cognitive Behavioral Therapy.

On April 10, 2024, the Court was notified that the defendant was found guilty of Public Disorderly Conduct and Open Container on March 20, 2024. The defendant received credit for time served and a $50 fine for both counts. The defendant was referred to U.S. Probation's Cognitive Behavioral Therapy program and he is awaiting placement. A status conference was scheduled by Your Honor for July 22, 2024.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **Failure to Refrain from the Use of Illegal Substances:** On June 28, 2024, the defendant tested positive for marijuana and cocaine. The test was confirmed positive by Abbott Toxicology Inc. on July 4, 2024. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.

Mr. Meyers admitted to illegal drug use after testing positive. According to the defendant, he recently had a death in his family. He is also trying to assist his siblings as much as he can, and he felt overwhelmed. The defendant is awaiting placement in the U.S. Probation's Cognitive Behavioral Therapy program. He will also be issued a written reprimand and randomly drug tested. A status conference is currently scheduled for July 22, 2024. Any further violations will be reported to the Court with an appropriate recommendation.

Respectfully Submitted,

By: *[signature]*
Katrina Robinson-Curtis
Supervising U.S. Probation Officer
Charleston Office

Date: July 9, 2024

Reviewed and Approved By:

*[signature]*
Kelli M. Frye
Asst. Deputy Chief U.S. Probation Officer

Prob 12A  Page 3
(Rev. 01/2020 - D/SC)

| X | Agree with Probation Officer's recommendation |
| --- | --- |
| ☐ | Submit a Request for Modifying the Condition or Term of Supervision |
| ☐ | Submit a Request for Warrant or Summons |
| ☐ | Other |

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge

July 12, 2024
Date